UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHAD SHAKUR

                               Plaintiff,

-against-

JONATHAN HOLDER, M.D. and N. MUTHRA M.D.

                               Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/22/2022 |

**NOTICE OF MOTION**

No.: 19-CV-4066 (NSR)

**MEMO ENDORSED**

    PLEASE TAKE NOTICE that JONATHAN HOLDER M.D. and NELSON MUTHRA, P.A. s/h/a N. MURTHA M.D. ("Defendants") by LETITIA JAMES, Attorney General of the State of New York, will move this Court before the Honorable Judge Nelson S. Roman, United States District Court Judge for the Southern District of New York, at the United States Courthouse located at 300 Quarropas Street White Plains, New York 10601, on a date determined by the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiff's Amended Complaint in its entirety and with prejudice.

Dated:    White Plains New York
            March 7, 2022

                                                        LETITIA JAMES
                                  NEW YORK STATE ATTORNEY GENERAL
                                         Attorney for Defendants

                                                      *J. Powers*
                                         By: Janice Powers, Esq.
                                      Westchester Regional Office
                                         44 South Broadway
                                       White Plains, NY 10601
                                         O: (914) 422 – 8755
                                         F: (914) 422-8706

Defendants' motion is denied without prejudice subject to refiling on May 23, 2022 pursuant to the Court's instructions contained in its April 6, 2022 memorandum endorsement (ECF No. 33.) The Clerk of Court is directed to terminate the motion at ECF No. 35, send a copy of this endorsement to pro se plaintiff, and show service on the docket.

Dated: April 22, 2022
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge